# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2015

*The Court of Appeals hereby passes the following order*

**A15I0214. KAREN J. ALBRIGHT v. JONATHON ALBRIGHT.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2012CV224994



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, June 25, 2015.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*